CSD 2062 [05/19/17]

Court Telephone: (619) 557-5620    Court Hours: 9:00am-4:00pm, Monday-Friday
www.casb.uscourts.gov

Leonard J. Ackerman, # 171073
6977 Navajo Road, #124
San Diego, CA 92119
(619) 463-0555

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
COAST 2 COAST FOODS, INC.

BANKRUPTCY NO. 21-02210-CL7

Debtor.

## TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that the undersigned Trustee proposes to:

☐ Compromise or settle the following controversy [description of controversy to be settled and standards for approval of a settlement as required by LBR 9019]; or

☐ Allowance of compensation or reimbursement of expenses by trustee in the amounts indicated below [information required by FRBP 2002(c)(2)]; or
    Fees:
    Costs:
    (Please see Computation of Compensation and Time and Billing Expense Report attached hereto as Exhibit "A" and proposed NFR uploaded to the Office of UST simultaneously herewith as Exhibit "B")

☒ Other:
The Trustee seeks approval of settlement agreement with Carlos Lopez, Geovani Lopez, Gloria Lopez, Leopoldo Lopez III, and Leopoldo Lopez, Jr. (See Exhibit 1 attached hereto and incorporated by reference for ther terms of the stipulation). The Trustee has evaluated the following factors and determined in his business judgment that this settlement is fair, reasonable, and adequate given: (a) the probability of success in litigation of this matter; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and (d) the paramount interest of the creditors and proper deference to their reasonable views. This stipulation is in the best interest of the estate as it will provide funds to the estate without the need to go through the time and expense of further litigation. Wherefore, the Trustee requests that this court approves this settlement.

IF YOU OBJECT TO THE PROPOSED ACTION:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

    - MM - call (619) 557-7407 - DEPARTMENT ONE (Room 218)
    - LA - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
    - LT - call (619) 557-6018 - DEPARTMENT THREE (Room 129)

CSD 2062

CSD 2062 (Page 2) [05/19/17]

2.  **Within twenty-one (21)¹days from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition** and separate **Request and Notice of Hearing** [Local Form CSD 1184²] upon the undersigned Trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Suite 3230, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must :

    a.  identify the interest of the opposing party; and

    b.  state, with particularity, the factual and legal grounds for the opposition.

3.  **You must** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    **If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"** within the 21-day¹ period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the Trustee may proceed to take the intended action.

Dated:    08/30/2021                                    /s/ Leonard J. Ackerman

☒ Chapter 7 Trustee    ☐ Attorney for Chapter 7 Trustee
Address:    6977 Navajo Road, #124
            San Diego, CA 92119

Phone No.:    619-463-0555
E-mail:       ljabkatty@gmail.com

---

¹Depending on how you were served, you may have additional time for response. See FRBP 9006.
²You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 2062

EXHIBIT 1

## **SETTLEMENT AGREEMENT**

THIS AGREEMENT ("Agreement"), entered into August 15, 2021, is made by and between Leonard J. Ackerman ("Trustee"), solely in his role as Chapter 7 Trustee of the estate of Coast 2 Coast Foods, Inc., on the one hand and Carlos Lopez, Geovani Lopez, Gloria Lopez, Leopoldo Lopez III, and Leopoldo Lopez, Jr. ("Principals"), on the other hand. Principals and Trustee are sometimes collectively referred to herein as "each Party" or "the Parties" to this agreement.

## RECITALS

A. Leonard J. Ackerman is the Trustee in Bankruptcy Case No. 21-02210-CL7, Chapter 7, pending in the United States Bankruptcy Court, Southern District of California (the "Bankruptcy Case") filed on behalf of Coast 2 Coast Foods, Inc. (the "Debtor").

B. Trustee has identified approximately $122,703.14 in transactions through his due diligence that could be classified as preferential transfers and/or fraudulent transfers from the Debtor to Principals under 11 U.S.C. 547 & 11 U.S.C. 548 of the bankruptcy code. A payment was made by the Debtor to Leopoldo Lopez in the amount of $30,693.14 on or about January 14, 2021. A payment was made to Geovani Lopez for $15,000.00 on or about September 23, 2020. A $62,010 payment was made to the Leopoldo Gloria Lopez Living Trust on or about November 27, 2020. A payment was made to Carlos Lopez for $15,000.00 on or about September 10, 2020.

C. Principals denied that the payments are avoidable as preferential transfers and/or fraudulent transfers.

D. Trustee has requested that Principals provide Trustee with an offer to settle the alleged preferential transfers and/or fraudulent transfers dispute without the need to hire counsel and/or engage in litigation.

WHEREFORE the parties agree as follows:

## AGREEMENT

1. <u>Settlement Payments</u>. Principals shall pay to Trustee the sum of Sixty One Thousand and 00/100 Dollars ($61,000 .00) (the "Settlement Payment") in two installments. $30,000 shall be paid by August 31, 2021, and $31,000 shall be paid by September 30, 2021. Principals may prepay the Settlement Payments at any time. Payment shall be made via certified check and shall be made payable to Leonard J. Ackerman, Chapter 7 Trustee of the Coast 2 Coast Foods, Inc., bankruptcy estate, 21-02210-CL7, and delivered to:

    Leonard J. Ackerman, Chapter 7 Trustee
    6977 Navajo Road, #124
    San Diego, CA 92119

2.  <u>Bank Accounts:</u>  Principals agree to cooperate with the Trustee to turnover any and all funds remaining in bank accounts in the name of the Debtor, including but not limited to funds in Preferred Bank and Wells Fargo bank accounts.

3.  <u>Stipulated Judgment</u>.  Principals agree to execute a Stipulated Judgment in the amount of One Hundred and Twenty Thousand and 00/100ths Dollars ($120,000.00), which is attached hereto as Exhibit A (the "**Stipulated Judgment**").  If Principals fail to timely pay Settlement Payments as described above, then Trustee may file and record the Stipulated Judgment and proceed to enforce it.

4.  <u>LIQUIDATED DAMAGES</u>.  If Principals fail to complete Settlement Payments by reason of any default of Principals, Trustee shall have the option, but not the requirement, of enforcing this Agreement and/or the Stipulated Judgment in full.

5.  <u>Time of the Essence</u>.  Parties agree that time is of the essence with respect to each and every condition required to be satisfied herein.

6.  <u>Execution of Documents</u>.  Parties shall execute all instruments and documents and perform all acts reasonably required to accomplish the purpose of this Agreement.

7.  <u>Entire Agreement</u>.  This Agreement constitutes the entire agreement between the Parties except for any other agreements referenced herein, and all other previous or contemporaneous oral or written agreements are merged into same.

8.  <u>Applicable Law</u>.  This Agreement shall be governed by, construed, and enforced in accordance with the laws of the State of California.

9.  <u>Attorneys' Fees</u>.  In the event one or more Parties commences an action, arbitration, or other proceeding against the other Party or Parties to enforce any of the provisions of this Agreement, or in the event any Party is involved in litigation, arbitration, or other proceeding by reason of any act of the other Party or Parties relative to this Agreement, the prevailing Party shall be entitled to receive from the other Party or Parties reasonable attorneys' fees, costs, and expenses incurred in connection with any such action or litigation.

10. <u>Counterparts</u>.  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original and all of which together shall be one and the same instrument.  Further, an electronic copy of a signature will be the same and an original.

///

///

///

///

EXHIBIT 1

11.  Condition to Parties: Parties obligations to this agreement are subject to Bankruptcy Court approval.

**PRINCIPALS**:

_____  
Carlos Lopez

_____  
Geovani Lopez

_____  
Gloria Lopez

_____  
Leopoldo Lopez III

_____  
Leopoldo Lopez, Jr

**TRUSTEE:**

_____  
Leonard J. Ackerman, Trustee  
Coast 2 Coast Foods, Inc.  
Bankruptcy Case No. 21-02210-CL7

**ATTORNEY FOR DEBTOR:**

_____  
Deepalie Milie Joshi

3

Leonard J. Ackerman, # 171073
6977 Navajo Road, #124
San Diego, CA 92119
(619) 463-0555
ljabkatty@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In Re:                                              ) Case Number: 21-02210-CL7
                                                    )
COAST 2 COAST FOODS, INC.                           ) **STIPULATED JUDGMENT**
                                                    )
                                                    )
                    Debtor                          )
                                                    )

This Stipulated Judgment is made by and between LEONARD J. ACKERMAN, chapter 7 trustee (the "**Trustee**"), on the one hand and Carlos Lopez, Geovani Lopez, Gloria Lopez, Leopoldo Lopez III, and Leopoldo Lopez, Jr. ("Principals"), on the other hand as follows:

1. This document constitutes a Stipulated Judgment against the Principals and in favor of the Trustee in the amount of $122,703.14, less any amounts paid pursuant to the Settlement Agreement (the "**Agreement**"), whose terms are incorporated herein by this reference.

2. The Trustee is permitted to apply for entry of this Stipulated Judgment as set forth in the Agreement. Specifically, the Trustee shall not record this Stipulated Judgment unless the Debtors default under the terms of the Agreement, as set forth more fully therein. Should the Debtors fail to timely tender the sum due the Trustee as set forth in the Agreement, the Trustee shall provide 72-hours notice after delivery, as described in paragraph 3 below, to

1

the Principals at the address set forth below, and provide the Principals the opportunity to cure such default. If cure is not made within such 72-hour period, the Trustee shall thereafter be entitled to file and record this Stipulated Judgment.

3. All notices under this Stipulated Judgment shall be in writing and shall be deemed effective on the date of delivery if delivered personally (and a receipt obtained therefor), or on the third calendar day after mailing if mailed by first class mail, registered or certified, postage prepaid, and shall be addressed as follows or as may be amended by a written communication delivered pursuant to this paragraph:

To the Principals:   Deepalie Milie Joshi, Esq.
Joshi Law Group
8555 Aero Drive, Suite 303
San Diego, CA 92123

To the Trustee:   Leonard J. Ackerman, Trustee
6977 Navajo Road, #124
San Diego, CA 92119

4. By entering into this Stipulated Judgment, no party to this matter makes any admission as to any issue in this bankruptcy case.

IN WITNESS WHEREOF, the parties hereto have executed this Stipulated Judgment on the day and year indicated below.

Dated: August 30, 2021

Leonard J. Ackerman, Trustee

Dated: August 25, 2021

Carlos Lopez

Dated: August 25, 2021

Geovani Lopez

Dated: August 25, 2021

Gloria Lopez

2

EXHIBIT A

Dated: August 25, 2021

_____
Leopoldo Lopez III

Dated: August 25, 2021

_____
Leopoldo Lopez, Jr.

ATTORNEY FOR DEBTOR:

_____
Deepalie Milie Joshi

3