UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| In re: | § | Case No. 21-02210-CL7 |
|---|---|---|
| | § | |
| COAST 2 COAST FOODS, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Leonard J. Ackerman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $338,198.34 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $14,601.27 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $10,267.85 | | |

3)   Total gross receipts of $85,243.21 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $60,374.09 (see **Exhibit 2),** yielded net receipts of $24,869.12 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $204,681.82 | $41,340.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,267.85 | $10,267.85 | $10,267.85 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1.00 | $588,701.58 | $14,593.34 | $14,601.27 |
| **Total Disbursements** | $204,682.82 | $640,309.43 | $24,861.19 | $24,869.12 |

4). This case was originally filed under chapter 7 on 05/28/2021. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/01/2023           By:   /s/ Leonard J. Ackerman
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Preferred Bank Checking 0560 | 1129-000 | $5,597.55 |
| Preferred Bank Checking 0586 | 1129-000 | $11,529.62 |
| Preferred Bank Checking 0935 | 1129-000 | $2,089.80 |
| Wells Fargo Bank Checking 2614 | 1129-000 | $4,548.49 |
| Wells Fargo Bank Checking 9455 | 1129-000 | $477.75 |
| POTENTIAL PREFERENCE/FRAUDULENT TRANSFERS | 1241-000 | $61,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$85,243.21** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| COAST 2 COAST FOODS, INC. | Surplus Funds | 8200-002 | $60,374.09 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$60,374.09** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Pico Rivera Holds LVT, LLC A California | 4110-000 | $0.00 | $41,340.00 | $0.00 | $0.00 |
|  | Pico Rivera Capital LLC | 4110-000 | $204,681.82 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$204,681.82** | **$41,340.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Leonard J. Ackerman, Trustee, Trustee | 2100-000 | NA | $3,236.91 | $3,236.91 | $3,236.91 |
| Leonard J. Ackerman, Trustee, Trustee | 2200-000 | NA | $3.30 | $3.30 | $3.30 |
| International Sureties, LTD | 2300-000 | NA | $49.26 | $49.26 | $49.26 |
| Independent Bank | 2600-000 | NA | $704.89 | $704.89 | $704.89 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Veritex Community Bank | 2600-000 | NA | $804.29 | $804.29 | $804.29 |
| Franchise Tax Board | 2820-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| Chris Barclay, Accountant for Trustee | 3410-000 | NA | $3,673.50 | $3,673.50 | $3,673.50 |
| Chris Barclay, Accountant for Trustee | 3420-000 | NA | $195.70 | $195.70 | $195.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,267.85 | $10,267.85 | $10,267.85 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $14,593.34 | $14,593.34 | $14,593.34 |
| 2a | Pico Rivera Holds LVT, LLC A California | 7100-000 | $0.00 | $324,108.24 | $0.00 | $0.00 |
| 3 | GT's Living Foods, LLC | 7200-000 | $0.00 | $250,000.00 | $0.00 | $0.00 |
| | WELLS FARGO BANK PAYMENT REMITTANCE CENTER | 7990-000 | $0.00 | $0.00 | $0.00 | $7.93 |
| | GT's Living Foods, LLC | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1.00 | $588,701.58 | $14,593.34 | $14,601.27 |

UST Form 101-7-TDR (10/1/2010)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 21-02210-CL7 | Trustee Name: | Leonard J. Ackerman |
|---|---|---|---|
| Case Name: | COAST 2 COAST FOODS, INC. | Date Filed (f) or Converted (c): | 05/28/2021 (f) |
| For the Period Ending: | 3/1/2023 | §341(a) Meeting Date: | 06/30/2021 |
| | | Claims Bar Date: | 11/29/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Wells Fargo Bank Checking 2614 | $5,347.64 | $5,347.64 | | $4,548.49 | FA |
| 2 | Preferred Bank Checking 0586 | $11,525.77 | $11,525.77 | | $11,529.62 | FA |
| 3 | Preferred Bank Checking 0560 | $10,367.55 | $10,367.55 | | $5,597.55 | FA |
| 4 | Wells Fargo Bank Checking 9455 | $478.25 | $478.25 | | $477.75 | FA |
| 5 | Wells Fargo Bank Checking 9327 | $756.95 | $756.95 | | $0.00 | FA |
| 6 | Preferred Bank Checking 0935 | $7,427.80 | $7,427.80 | | $2,089.80 | FA |
| 7 | Security Deposit for Building Lease (vacated December 15, 2020) | $41,340.00 | $41,340.00 | | $0.00 | FA |
| Asset Notes: | DISPUTED WITH POTENTIAL RIGHT OF OFFSET FOR CREDITOR. NO VALUE TO ESTATE | | | | | |
| 8 | Accounts receivable Over 90 days old 180,000.00  90,000.00 | $90,000.00 | $90,000.00 | | $0.00 | FA |
| Asset Notes: | UNCOLLECTIBLE. | | | | | |
| 9 | Office equipment, including all computer equipment and communication systems equipment and software Used Computers and accessories (valuation includes depreciation) $0.00 Comparable sale | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | NO VALUE TO ESTATE. | | | | | |
| 10 | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) Credit Card Processing Pin Pad Terminals $0.00 Comparable sale | $250.00 | $250.00 | | $0.00 | FA |
| Asset Notes: | NO VALUE TO ESTATE. | | | | | |
| 11 | Internet domain names and websites www.bakersbodega.com $0.00 Comparable sale | $1.00 | $1.00 | | $0.00 | FA |
| Asset Notes: | NO VALUE TO ESTATE. | | | | | |
| 12 | Licenses, franchises, and royalties Unpaid Royalties [Based on past 2 years of sales, with 2.5% accrural] $0.00 | $150,000.00 | $150,000.00 | | $0.00 | FA |
| Asset Notes: | CANNOT BE TRANSFERRED, NO VALUE TO ESTATE. | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2          Exhibit 8

| Case No.: | 21-02210-CL7 | Trustee Name: | Leonard J. Ackerman |
|---|---|---|---|
| Case Name: | COAST 2 COAST FOODS, INC. | Date Filed (f) or Converted (c): | 05/28/2021 (f) |
| For the Period Ending: | 3/1/2023 | §341(a) Meeting Date: | 06/30/2021 |
| | | Claims Bar Date: | 11/29/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13  POTENTIAL PREFERENCE/FRAUDULENT TRANSFERS  (u) | $0.00 | $61,000.00 | | $61,000.00 | FA |
| Asset Notes:  SEE ECF #26 FOR SETTLEMENT | | | | | |
| 14  BAKEMARK, USA, LLC  7351 CRIDER AVENUE  PICO RIVERA, CA 90660 | $29,350.39 | $0.00 | | $0.00 | FA |
| Asset Notes:  TRANSFER MADE IN THE ORDINARY COURSE OF BUSINESS - SUPPLIER, NO VALUE TO ESTATE. | | | | | |
| 15  MARC BRAGG  BRAGG LAW OFFICES  415 LAUREL STREET  PMB 214  SAN DIEGO, CA 92101 | $25,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  LEGAL SERVICES PROVIDED TO DEBTOR, NOT COST EFFECTIVE TO PURSUE. | | | | | |
| **TOTALS (Excluding unknown value)** | **$373,345.35** | **$378,494.96** | | **$85,243.21** | **Gross Value of Remaining Assets**  **$0.00** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/30/2022 | RECEIVED 505(b) LETTER TODAY, WILL PREPARE TFR SHORTLY AND CLOSEOUT CASE. |
| 06/30/2022 | TAX RETURNS STILL BEING PROCESSED. AFTER FILING WILL PREPARE FINAL REPORT AND CLOSEOUT CASE. THERE IS SOME POTENTIAL CLAIMS LITIGATION THAT COULD ENSUE AND HOLDUP CASE CLOSING. |
| 03/25/2022 | TAX RETURNS BEING PREPARED, EXAMINING COMMERCIAL CREDITOR LEASE TO SEE IF WE CAN GET REFUND. IF UNSUCCESSFUL, WILL BEGIN CLOSEOUT. |
| 12/27/2021 | NEED TO HAVE ACCOUNTANT PREPARE TAXES, CLAIMS BAR RECENTLY PASSED, WILL FILE TAX RETURN, THEN PREPARE FINAL REPORT. |
| 09/27/2021 | AWAITING CLAIMS BAR TO PASS, WILL EXAMINE CLAIMS AND DISCUSS WITH DEBTOR'S COUNSEL. THIS CASE HAS A CONTROVERSIAL CREDITOR |

Initial Projected Date Of Final Report (TFR):  12/31/2023          Current Projected Date Of Final Report (TFR):  12/31/2023          /s/ LEONARD J. ACKERMAN

LEONARD J. ACKERMAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1           Exhibit 9

| Case No. | 21-02210-CL7 | | Trustee Name: | Leonard J. Ackerman |
|---|---|---|---|---|
| Case Name: | COAST 2 COAST FOODS, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6335 | | Checking Acct #: | ******2210 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/28/2021 | | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 3/1/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/03/2021 | | CARLOS LOPEZ | TURNOVER OF FUNDS IN BANK ACCOUNT. | * | $23,864.12 | | $23,864.12 |
| | {1} | | TURNOVER OF FUNDS IN BANK ACCOUNT.   $4,548.49 | 1129-000 | | | $23,864.12 |
| | {2} | | TURNOVER OF FUNDS IN BANK ACCOUNT.   $11,529.62 | 1129-000 | | | $23,864.12 |
| | {3} | | TURNOVER OF FUNDS IN BANK ACCOUNT.   $5,597.55 | 1129-000 | | | $23,864.12 |
| | {6} | | $2,089.80 | 1129-000 | | | $23,864.12 |
| | {4} | | $98.66 | 1129-000 | | | $23,864.12 |
| 09/03/2021 | (13) | LEOPOLDO LOPEZ | CASHIERS CHECK FOR SETTLEMENT AGREEMENT PAYMENT INVOLVING PREFERENCE CLAIM AGAINST LEOPOLDO LOPEZ, AS PER ORDER DATED 2-17-22, ECF #45 | 1241-000 | $30,000.00 | | $53,864.12 |
| 09/14/2021 | | US Bank, National Association | BANK ACCOUNT BALANCE, ECF #26 | * | $31,379.09 | | $85,243.21 |
| | {4} | | BALANCE IN BANK ACCOUNT   $379.09 | 1129-000 | | | $85,243.21 |
| | {13} | | SEE ECF #26   $31,000.00 | 1241-000 | | | $85,243.21 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $85.96 | $85,157.25 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $124.18 | $85,033.07 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $124.00 | $84,909.07 |
| 12/13/2021 | 1001 | International Sureties, LTD | LIBERTY MUTUAL INSURANCE COMPANY TERM 11/15/21-11/15/22, BOND # 016067656 | 2300-000 | | $49.26 | $84,859.81 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $123.79 | $84,736.02 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $123.57 | $84,612.45 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $123.39 | $84,489.06 |
| 03/10/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $84,489.06 | $0.00 |

SUBTOTALS   $85,243.21   $85,243.21

Page No: 2                Exhibit 9

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 21-02210-CL7 | **Trustee Name:** | Leonard J. Ackerman |
| **Case Name:** | COAST 2 COAST FOODS, INC. | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***6335 | **Checking Acct #:** | ******2210 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 5/28/2021 | **Blanket bond (per case limit):** | $6,500,000.00 |
| **For Period Ending:** | 3/1/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | |
|---|---|---|---|---|
| | **TOTALS:** | $85,243.21 | $85,243.21 | $0.00 |
| | **Less: Bank transfers/CDs** | $0.00 | $84,489.06 | |
| | **Subtotal** | $85,243.21 | $754.15 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $85,243.21 | $754.15 | |

| **For the period of 5/28/2021 to 3/1/2023** | | **For the entire history of the account between 09/03/2021 to 3/1/2023** | |
|---|---|---|---|
| Total Compensable Receipts: | $85,243.21 | Total Compensable Receipts: | $85,243.21 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $85,243.21 | Total Comp/Non Comp Receipts: | $85,243.21 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $754.15 | Total Compensable Disbursements: | $754.15 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $754.15 | Total Comp/Non Comp Disbursements: | $754.15 |
| Total Internal/Transfer Disbursements: | $84,489.06 | Total Internal/Transfer Disbursements: | $84,489.06 |

FORM 2

Page No: 3      Exhibit 9

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 21-02210-CL7 | | Trustee Name: | Leonard J. Ackerman |
|---|---|---|---|---|
| Case Name: | COAST 2 COAST FOODS, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6335 | | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/28/2021 | | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 3/1/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/10/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $84,489.06 | | $84,489.06 |
| 04/13/2022 | 5001 | Franchise Tax Board | 2022 form 100-ES, EIN 26-2826335 | 2820-000 | | $800.00 | $83,689.06 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $136.33 | $83,552.73 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $130.81 | $83,421.92 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $130.27 | $83,291.65 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $134.40 | $83,157.25 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $134.19 | $83,023.06 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $138.29 | $82,884.77 |
| 12/05/2022 | 5002 | Chris Barclay | DISTRIBUTION PURSUANT TO TFR Account Number: ; Amount Allowed: 3,673.50; Claim #: ; Distribution Dividend: 100.00; Amount Claimed: 3,673.50; | 3410-000 | | $3,673.50 | $79,211.27 |
| 12/05/2022 | 5003 | Chris Barclay | DISTRIBUTION PURSUANT TO TFR Account Number: ; Amount Allowed: 195.70; Claim #: ; Distribution Dividend: 100.00; Amount Claimed: 195.70; | 3420-000 | | $195.70 | $79,015.57 |
| 12/05/2022 | 5004 | Leonard J. Ackerman, Trustee | Trustee Compensation | 2100-000 | | $3,236.91 | $75,778.66 |
| 12/05/2022 | 5005 | Leonard J. Ackerman, Trustee | Trustee Expenses | 2200-000 | | $3.30 | $75,775.36 |
| 12/05/2022 | 5006 | COAST 2 COAST FOODS, INC. | DISTRIBUTION PURSUANT TO TFR Account Number: ; Amount Allowed: 60,374.09; Claim #: ; Distribution Dividend: 100.00; Amount Claimed: 60,374.09; | 8200-002 | | $60,374.09 | $15,401.27 |
| 12/05/2022 | 5007 | Franchise Tax Board | DISTRIBUTION PURSUANT TO TFR Account Number: ; Amount Allowed: 800.00; Claim #: ; Distribution Dividend: 100.00; Amount Claimed: 800.00; | 2820-000 | | $800.00 | $14,601.27 |
| 12/05/2022 | 5008 | WELLS FARGO BANK PAYMENT REMITTANCE CENTER | DISTRIBUTION PURSUANT TO TFR Account Number: 9220; Amount Allowed: 14,593.34; Claim #: 1; Distribution Dividend: 100.00; Amount Claimed: 14,593.34; | * | | $14,601.27 | $0.00 |
| | | | Claim Amount          $(14,593.34) | 7100-000 | | | $0.00 |
| | | | Interest          $(7.93) | 7990-000 | | | $0.00 |
| | | | SUBTOTALS | | $84,489.06 | $84,489.06 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4      Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 21-02210-CL7 | |
| **Case Name:** | COAST 2 COAST FOODS, INC. | |
| **Primary Taxpayer ID #:** | **-***6335 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 5/28/2021 | |
| **For Period Ending:** | 3/1/2023 | |

| | |
|---|---|
| **Trustee Name:** | Leonard J. Ackerman |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******1001 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $6,500,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $84,489.06 | $84,489.06 | $0.00 |
| | | | Less: Bank transfers/CDs | | $84,489.06 | $0.00 | |
| | | | Subtotal | | $0.00 | $84,489.06 | |
| | | | Less: Payments to debtors | | $0.00 | $60,374.09 | |
| | | | Net | | $0.00 | $24,114.97 | |

| For the period of 5/28/2021 to 3/1/2023 | | For the entire history of the account between 03/10/2022 to 3/1/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $84,489.06 | Total Internal/Transfer Receipts: | $84,489.06 |
| | | | |
| Total Compensable Disbursements: | $24,114.97 | Total Compensable Disbursements: | $24,114.97 |
| Total Non-Compensable Disbursements: | $60,374.09 | Total Non-Compensable Disbursements: | $60,374.09 |
| Total Comp/Non Comp Disbursements: | $84,489.06 | Total Comp/Non Comp Disbursements: | $84,489.06 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5                Exhibit 9

| Case No.: | 21-02210-CL7 | Trustee Name: | Leonard J. Ackerman |
|---|---|---|---|
| Case Name: | COAST 2 COAST FOODS, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6335 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 5/28/2021 | Blanket bond (per case limit): | $6,500,000.00 |
| For Period Ending: | 3/1/2023 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $85,243.21 | $85,243.21 | $0.00 |

| For the period of 5/28/2021 to 3/1/2023 |  | For the entire history of the case between 05/28/2021 to 3/1/2023 |  |
|---|---|---|---|
| Total Compensable Receipts: | $85,243.21 | Total Compensable Receipts: | $85,243.21 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $85,243.21 | Total Comp/Non Comp Receipts: | $85,243.21 |
| Total Internal/Transfer Receipts: | $84,489.06 | Total Internal/Transfer Receipts: | $84,489.06 |
|  |  |  |  |
| Total Compensable Disbursements: | $24,869.12 | Total Compensable Disbursements: | $24,869.12 |
| Total Non-Compensable Disbursements: | $60,374.09 | Total Non-Compensable Disbursements: | $60,374.09 |
| Total Comp/Non Comp Disbursements: | $85,243.21 | Total Comp/Non Comp Disbursements: | $85,243.21 |
| Total Internal/Transfer Disbursements: | $84,489.06 | Total Internal/Transfer Disbursements: | $84,489.06 |

/s/ LEONARD J. ACKERMAN

LEONARD J. ACKERMAN